<u>United States of America v. Noelle L. Keller</u>

**PETITION TO ENFORCE IRS SUMMONS**

Exhibit 2

Exhibit 2

# Summons
# Collection Information Statement

**In the matter of** NOELLE L KELLER, 916 COLD SPRING RD, BALTIMORE, MD 21220-4332
**Internal Revenue Service** *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
**Industry/Area** *(Identify by number or name)* Small Business / Self Employed
**Periods:** See Attachment 1 to Summons Form 6637 for Period Information

**The Commissioner of Internal Revenue**

**To:** NOELLE L KELLER
**At:** 916 COLD SPRING RD, BALTIMORE, MD 21220-4332

You are hereby summoned and required to appear before INDIRA PERSAUD, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2024 To 01/24/2025

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, stored value cards, online and mobile accounts, virtual currency, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
31 HOPKINS PLAZA, ROOM 950 GRP 16, BALTIMORE  MD  21201-2825  (443) 853-5132

**Place and time for appearance: At** 31 HOPKINS PLAZA, ROOM 930 GRP 16, , 21201-2825

on the 27th day of February, 2025 at 12:00 o'clock p m.

Issued under authority of the Internal Revenue Code this 27th day of January, 2025

Signature of issuing officer | Title
INDIRA PERSAUD  *Indira Persaud* | REVENUE OFFICER

Signature of approving officer *(if applicable)* | Title
 | GROUP MANAGER (ACTING)

Form **6637** (Rev. 6-2020)   Catalog Number 25000Q   publish.no.irs.gov   Department of the Treasury – **Internal Revenue Service**
Original -- to be kept by IRS

# Certificate of Service of Summons
(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date: 1/27/2025

Time: 2:20 PM

**How Summons Was Served**

☐ 1. I handed an attested copy of the summons to the person to whom it was directed.

☒ 2. I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

THE SUMMONS WAS LEFT WEDGED BETWEEN THE FRONT DOOR AND ITS FRAME.

Signature: *Indira Persaud*

Title: REVENUE OFFICER

**I certify that the copy of the summons served contained the required certification.**

Signature: *Indira Persaud*

Title: REVENUE OFFICER

Form **6637** (Rev. 6-2020)   Catalog No. 25000Q   publish.no.irs.gov   Department of the Treasury – **Internal Revenue Service**

# Summons Referral
*(If more space is necessary, prepare attachments in quadruplicate)*

| | |
|---|---|
| **1. Name and address of person summoned**<br>NOELLE KELLER<br>916 COLD SPRING RD<br>BALTIMORE, MD | **8. Taxpayer's name and last known address if different from Item 1** |
| **2. Summons served at above address**<br>[X] Yes    [ ] No *(explain in Section C)* | **9. Taxpayer's TIN** |
| **3. Manner of service**<br>[ ] Personal service on person summoned<br>[ ] Personal service on person authorized to accept service of process<br>Name _____ Title _____<br>[ ] Delivered to other person over 16 years old at last known address<br>Name _____ Relationship to person summoned _____<br>[X] Left at last known address-not delivered to anyone<br>Specify method *(i.e., slipped under door, attached to door, etc.)*<br>WEDGED IN THE FRONT DOOR<br>[ ] Mailed via certified mail *(third party recordkeeper)*<br>[ ] Served by a method not listed above that is in conformity with established IRS procedures to the person to whom it was directed and with the consent of the witness<br>Specify method *(i.e., facsimile transmission)* | **10. Type of investigation**<br>[X] Delinquent account    [ ] Examination<br>[ ] Delinquent return    [ ] Other *(specify)*<br>[ ] Criminal<br><br>**11. Type of tax and periods involved** *(explain in Section A, if periods in description of records are different from periods stated in summons caption)*<br>1040<br><br>**12. All applicable tax periods included on summons**<br>[X] Yes    [ ] No *(explain in Section C)*<br><br>**13. Statute of limitations problems**<br>[ ] Yes *(explain in Section C)*    [X] No<br><br>**14. Tax liability involved**<br>Assessed $ 536,383.38<br>Estimated $ 549,656.85    *(explain in Section C)*<br><br>**15. Taxpayer category** *(corporation, salaried individual, etc.; include spouse if applicable)*<br>SALARIED INDIVIDUAL |
| If summons was served based upon a summons waiver, include a copy of the waiver with the "IRS Copy" of the summons and the completed Service of Summons, Notice and Recordkeeper Certificate. | **16. Other civil, criminal, or administrative actions** *(summons enforcement, suit, seizure, etc.)* pending against taxpayer or person summoned<br>[ ] Yes *(explain in Section C)*    [X] No |
| **4. If third party summons, was notice given to all persons to whom records pertain**<br>[ ] Yes *(Indicate in Section B whether petition to quash summons was filed. If notice(s) other than taxpayer, list names and addresses in Section C)*<br>[ ] No *(explain in Section C)*    [X] Not a third party summons | **17. Has there been a referral of this or a related case to the Department of Justice**<br>[ ] Yes *(explain in Section C)*    [X] No |
| **5. Date of service** 1/27/2025    **Appearance date** 2/27/2025 | |
| **6. Person summoned**<br>[X] Did not appear    [ ] Appeared but did not provide all summoned information | |
| **7. Does IRS possess any of summoned information**<br>[ ] Yes *(explain in Section C)*    [X] No | |

**A. Describe exact purpose of summons and relevance of summoned information to periods under investigation**
The purpose of the summons is to secure the taxpayer's financial information and determine the ability to pay.

**B. Reason for not complying, if known**
The power of attorney advised RO Persaud that the taxpayer has the flu and cannot appear.

**C. Other information** *(include synopsis of attempts to obtain information before summons was issued, if summoned person is the taxpayer)*
RO Persaud has attempted to secure the Collection Information Statement, along with the supporting documents, since April 2023. On 4/28/2023, RO Persaud appeared at the taxpayer's address on 4/28/2023 at which time RO was unable to secure the collection information statement and the supporting documents. Mr. Garczynski provided RO Persaud with a folder containing Maryland Land Records for the property, the SDAT search, and an amortization schedule. RO Persaud re-requested Form 433-A with the supporting documents by 5/30/2023. RO Persaud did not receive the documents and began levy action, which generated no funds. On 8/23/2023, RO Persaud placed a phone call to Mr. Garczynski and asked why the documents have not been received. Mr. Garczynski stated that the taxpayer has not provided him with the necessary documents to prepare Form 433-A. On 11/15/2023, RO Persaud, along with GM Blake, issued Form 6637 to the address of record and made contact with Benjamin Opdyke who stated that he will deliver the package to the taxpayer. On 12/12/2023, the taxpayer did not appear for the meeting. RO Persaud issued Letter 725 for the taxpayer to appear on 1/27/2025. On 1/2/2025, RO Persaud received a fax from Mr. Garczynski requesting that the meeting be rescheduled. RO Persaud advised Mr. Garczynski that the meeting cannot be rescheduled. On 1/27/2025, the taxpayer did not appear for the meeting. RO Persaud, along with AGM Hill, then issued Form 6637 at the address of record, however, RO Persaud was unable to make contact and left the sealed package containing the summons wedged in the front door. RO Persaud received a fax from Mr. Garczynski dated 2/26/2025 stating that the taxpayer's mother received the summons and gave it to the taxpayer, however, the taxpayer cannot appear because she has the flu. RO Persaud has not received further information.

| Referring Officer's name<br>INDIRA PERSAUD | Telephone number<br>443-853-5132 | Office location<br>BALTIMORE, MD | Office symbols<br>CTCO:S:C:FC:CEN:BALT:G16 | Referring Officer's signature<br>*Indira Persaud* | Date referred<br>03/13/2025 |
|---|---|---|---|---|---|
| Issuing Officer's name | | | | | Date issued |
| Approved by *(signature and title)* *(if required)* | | Date approved | Reviewed by *(signature and title)* | | Date reviewed |

Form **4443** (Rev. 7-2023)    Catalog Number 41659B    publish.no.irs.gov    Department of the Treasury - **Internal Revenue Service**

Part 1 - Associate Area Counsel

# Summons Referral
*(If more space is necessary, prepare attachments in quadruplicate)*

**1. Name and address of person summoned**
NOELLE KELLER
916 COLD SPRING RD
BALTIMORE, MD

**8. Taxpayer's name and last known address if different from Item 1**

**2. Summons served at above address**
[X] Yes   [ ] No *(explain in Section C)*

**9. Taxpayer's TIN**

**3. Manner of service**
[ ] Personal service on person summoned
[ ] Personal service on person authorized to accept service of process

| Name | Title |
|---|---|
|  |  |

[ ] Delivered to other person over 16 years old at last known address

| Name | Relationship to person summoned |
|---|---|
|  |  |

[X] Left at last known address-not delivered to anyone
Specify method *(i.e., slipped under door, attached to door, etc.)*
WEDGED IN THE FRONT DOOR

[ ] Mailed via certified mail *(third party recordkeeper)*
[ ] Served by a method not listed above that is in conformity with established IRS procedures to the person to whom it was directed and with the consent of the witness
Specify method *(i.e., facsimile transmission)*

If summons was served based upon a summons waiver, include a copy of the waiver with the "IRS Copy" of the summons and the completed Service of Summons, Notice and Recordkeeper Certificate.

**4. If third party summons, was notice given to all persons to whom records pertain**
[ ] Yes *(Indicate in Section B whether petition to quash summons was filed. If notice(s) other than taxpayer, list names and addresses in Section C)*
[ ] No *(explain in Section C)*   [X] Not a third party summons

**5. Date of service**  1/27/2025
**Appearance date**  2/27/2025

**6. Person summoned**
[X] Did not appear   [ ] Appeared but did not provide all summoned information

**7. Does IRS possess any of summoned information**
[ ] Yes *(explain in Section C)*   [X] No

**10. Type of investigation**
[X] Delinquent account    [ ] Examination
[ ] Delinquent return     [ ] Other *(specify)*
[ ] Criminal

**11. Type of tax and periods involved** *(explain in Section A, if periods in description of records are different from periods stated in summons caption)*
1040

**12. All applicable tax periods included on summons**
[X] Yes   [ ] No *(explain in Section C)*

**13. Statute of limitations problems**
[ ] Yes *(explain in Section C)*   [X] No

**14. Tax liability involved**
Assessed $ 536,383.38
Estimated $ 549,656.85   *(explain in Section C)*

**15. Taxpayer category** *(corporation, salaried individual, etc.; include spouse if applicable)*
SALARIED INDIVIDUAL

**16. Other civil, criminal, or administrative actions** *(summons enforcement, suit, seizure, etc.) pending against taxpayer or person summoned*
[ ] Yes *(explain in Section C)*   [X] No

**17. Has there been a referral of this or a related case to the Department of Justice**
[ ] Yes *(explain in Section C)*   [X] No

**A. Describe exact purpose of summons and relevance of summoned information to periods under investigation**
The purpose of the summons is to secure the taxpayer's financial information and determine the ability to pay.

**B. Reason for not complying, if known**
The power of attorney advised RO Persaud that the taxpayer has the flu and cannot appear.

**C. Other information** *(include synopsis of attempts to obtain information before summons was issued, if summoned person is the taxpayer)*
RO Persaud has attempted to secure the Collection Information Statement, along with the supporting documents, since April 2023. On 4/28/2023, RO Persaud appeared at the taxpayer's address on 4/28/2023 at which time RO was unable to secure the collection information statement and the supporting documents. Mr. Garczynski provided RO Persaud with a folder containing Maryland Land Records for the property, the SDAT search, and an amortization schedule. RO Persaud re-requested Form 433-A with the supporting documents by 5/30/2023. RO Persaud did not receive the documents and began levy action, which generated no funds. On 8/23/2023, RO Persaud placed a phone call to Mr. Garczynski and asked why the documents have not been received. Mr. Garczynski stated that the taxpayer has not provided him with the necessary documents to prepare Form 433-A. On 11/15/2023, RO Persaud, along with GM Blake, issued Form 6637 to the address of record and made contact with Benjamin Opdyke who stated that he will deliver the package to the taxpayer. On 12/12/2023, the taxpayer did not appear for the meeting. RO Persaud issued Letter 725 for the taxpayer to appear on 1/27/2025. On 1/2/2025, RO Persaud received a fax from Mr. Garczynski requesting that the meeting be rescheduled. RO Persaud advised Mr. Garczynski that the meeting cannot be rescheduled. On 1/27/2025, the taxpayer did not appear for the meeting. RO Persaud, along with AGM Hill, then issued Form 6637 at the address of record, however, RO Persaud was unable to make contact and left the sealed package containing the summons wedged in the front door. RO Persaud received a fax from Mr. Garczynski dated 2/26/2025 stating that the taxpayer's mother received the summons and gave it to the taxpayer, however, the taxpayer cannot appear because she has the flu. RO Persaud has not received further information.

| Referring Officer's name | Telephone number | Office location | Office symbols | Referring Officer's signature | Date referred |
|---|---|---|---|---|---|
| INDIRA PERSAUD | 443-853-5132 | BALTIMORE, MD | CTCO:S:C:FC:CEN:BALT:G16 |  | 03/13/2025 |

| Issuing Officer's name | | | | | Date issued |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

| Approved by *(signature and title)* *(if required)* | Date approved | Reviewed by *(signature and title)* | Date reviewed |
|---|---|---|---|
|  |  |  |  |

Form **4443** (Rev. 7-2023)   Catalog Number 41659B   publish.no.irs.gov   Department of the Treasury - **Internal Revenue Service**
**Part 2 - Area Office**

# Summons Referral

*(If more space is necessary, prepare attachments in quadruplicate)*

| | |
|---|---|
| **1. Name and address of person summoned**<br>NOELLE KELLER<br>916 COLD SPRING RD<br>BALTIMORE, MD | **8. Taxpayer's name and last known address if different from Item 1** |
| **2. Summons served at above address**<br>[X] Yes   [ ] No *(explain in Section C)* | **9. Taxpayer's TIN** |
| **3. Manner of service**<br>[ ] Personal service on person summoned<br>[ ] Personal service on person authorized to accept service of process<br>Name _____  Title _____<br>[ ] Delivered to other person over 16 years old at last known address<br>Name _____  Relationship to person summoned _____<br>[X] Left at last known address-not delivered to anyone<br>Specify method *(i.e., slipped under door, attached to door, etc.)*<br>WEDGED IN THE FRONT DOOR<br>[ ] Mailed via certified mail *(third party recordkeeper)*<br>[ ] Served by a method not listed above that is in conformity with established IRS procedures to the person to whom it was directed and with the consent of the witness<br>Specify method *(i.e., facsimile transmission)*<br>If summons was served based upon a summons waiver, include a copy of the waiver with the "IRS Copy" of the summons and the completed Service of Summons, Notice and Recordkeeper Certificate. | **10. Type of investigation**<br>[X] Delinquent account   [ ] Examination<br>[ ] Delinquent return   [ ] Other *(specify)*<br>[ ] Criminal<br>**11. Type of tax and periods involved** *(explain in Section A, if periods in description of records are different from periods stated in summons caption)*<br>1040<br>**12. All applicable tax periods included on summons**<br>[X] Yes   [ ] No *(explain in Section C)*<br>**13. Statute of limitations problems**<br>[ ] Yes *(explain in Section C)*   [X] No<br>**14. Tax liability involved**<br>Assessed $ 536,383.38<br>Estimated $ 549,656.85   *(explain in Section C)*<br>**15. Taxpayer category** *(corporation, salaried individual, etc.; include spouse if applicable)*<br>SALARIED INDIVIDUAL<br>**16. Other civil, criminal, or administrative actions** *(summons enforcement, suit, seizure, etc.) pending against taxpayer or person summoned*<br>[ ] Yes *(explain in Section C)*   [X] No |
| **4. If third party summons, was notice given to all persons to whom records pertain**<br>[ ] Yes *(Indicate in Section B whether petition to quash summons was filed. If notice(s) other than taxpayer, list names and addresses in Section C)*<br>[ ] No *(explain in Section C)*   [X] Not a third party summons | **17. Has there been a referral of this or a related case to the Department of Justice**<br>[ ] Yes *(explain in Section C)*   [X] No |
| **5. Date of service** 1/27/2025   **Appearance date** 2/27/2025 | |
| **6. Person summoned**<br>[X] Did not appear   [ ] Appeared but did not provide all summoned information | |
| **7. Does IRS possess any of summoned information**<br>[ ] Yes *(explain in Section C)*   [X] No | |

**A. Describe exact purpose of summons and relevance of summoned information to periods under investigation**
The purpose of the summons is to secure the taxpayer's financial information and determine the ability to pay.

**B. Reason for not complying, if known**
The power of attorney advised RO Persaud that the taxpayer has the flu and cannot appear.

**C. Other information** *(include synopsis of attempts to obtain information before summons was issued, if summoned person is the taxpayer)*
RO Persaud has attempted to secure the Collection Information Statement, along with the supporting documents, since April 2023. On 4/28/2023, RO Persaud appeared at the taxpayer's address on 4/28/2023 at which time RO was unable to secure the collection information statement and the supporting documents. Mr. Garczynski provided RO Persaud with a folder containing Maryland Land Records for the property, the SDAT search, and an amortization schedule. RO Persaud re-requested Form 433-A with the supporting documents by 5/30/2023. RO Persaud did not receive the documents and began levy action, which generated no funds. On 8/23/2023, RO Persaud placed a phone call to Mr. Garczynski and asked why the documents have not been received. Mr. Garczynski stated that the taxpayer has not provided him with the necessary documents to prepare Form 433-A. On 11/15/2023, RO Persaud, along with GM Blake, issued Form 6637 to the address of record and made contact with Benjamin Opdyke who stated that he will deliver the package to the taxpayer. On 12/12/2023, the taxpayer did not appear for the meeting. RO Persaud issued Letter 725 for the taxpayer to appear on 1/27/2025. On 1/2/2025, RO Persaud received a fax from Mr. Garczynski requesting that the meeting be rescheduled. RO Persaud advised Mr. Garczynski that the meeting cannot be rescheduled. On 1/27/2025, the taxpayer did not appear for the meeting. RO Persaud, along with AGM Hill, then issued Form 6637 at the address of record, however, RO Persaud was unable to make contact and left the sealed package containing the summons wedged in the front door. RO Persaud received a fax from Mr. Garczynski dated 2/26/2025 stating that the taxpayer's mother received the summons and gave it to the taxpayer, however, the taxpayer cannot appear because she has the flu. RO Persaud has not received further information.

| Referring Officer's name | Telephone number | Office location | Office symbols | Referring Officer's signature | Date referred |
|---|---|---|---|---|---|
| INDIRA PERSAUD | 443-853-5132 | BALTIMORE, MD | CTCO:S:C:FC:CEN:BALT:G16 | | 03/13/2025 |
| Issuing Officer's name | | | | | Date issued |
| | | | | | |
| Approved by *(signature and title)* *(if required)* | | Date approved | Reviewed by *(signature and title)* | | Date reviewed |
| | | | | | |

Form **4443** (Rev. 7-2023)   Catalog Number 41659B   publish.no.irs.gov   Department of the Treasury - **Internal Revenue Service**

**Part 3 - Associate Area Counsel**

# Summons Referral
*(If more space is necessary, prepare attachments in quadruplicate)*

**1. Name and address of person summoned**
NOELLE KELLER
916 COLD SPRING RD
BALTIMORE, MD

**8. Taxpayer's name and last known address if different from Item 1**

**2. Summons served at above address**
[X] Yes    [ ] No *(explain in Section C)*

**9. Taxpayer's TIN**

**3. Manner of service**
[ ] Personal service on person summoned
[ ] Personal service on person authorized to accept service of process

| Name | Title |
|---|---|
| | |

[ ] Delivered to other person over 16 years old at last known address

| Name | Relationship to person summoned |
|---|---|
| | |

[X] Left at last known address-not delivered to anyone
**Specify method** *(i.e., slipped under door, attached to door, etc.)*
WEDGED IN THE FRONT DOOR

[ ] Mailed via certified mail *(third party recordkeeper)*
[ ] Served by a method not listed above that is in conformity with established IRS procedures to the person to whom it was directed and with the consent of the witness
**Specify method** *(i.e., facsimile transmission)*

If summons was served based upon a summons waiver, include a copy of the waiver with the "IRS Copy" of the summons and the completed Service of Summons, Notice and Recordkeeper Certificate.

**4. If third party summons, was notice given to all persons to whom records pertain**
[ ] Yes *(Indicate in Section B whether petition to quash summons was filed. If notice(s) other than taxpayer, list names and addresses in Section C)*
[ ] No *(explain in Section C)*    [X] Not a third party summons

| 5. Date of service | Appearance date |
|---|---|
| 1/27/2025 | 2/27/2025 |

**6. Person summoned**
[X] Did not appear    [ ] Appeared but did not provide all summoned information

**7. Does IRS possess any of summoned information**
[ ] Yes *(explain in Section C)*    [X] No

**10. Type of investigation**
[X] Delinquent account    [ ] Examination
[ ] Delinquent return    [ ] Other *(specify)*
[ ] Criminal

**11. Type of tax and periods involved** *(explain in Section A, if periods in description of records are different from periods stated in summons caption)*
1040

**12. All applicable tax periods included on summons**
[X] Yes    [ ] No *(explain in Section C)*

**13. Statute of limitations problems**
[ ] Yes *(explain in Section C)*    [X] No

**14. Tax liability involved**
Assessed $ 536,383.38
Estimated $ 549,656.85    *(explain in Section C)*

**15. Taxpayer category** *(corporation, salaried individual, etc.; include spouse if applicable)*
SALARIED INDIVIDUAL

**16. Other civil, criminal, or administrative actions** *(summons enforcement, suit, seizure, etc.)* pending against taxpayer or person summoned
[ ] Yes *(explain in Section C)*    [X] No

**17. Has there been a referral of this or a related case to the Department of Justice**
[ ] Yes *(explain in Section C)*    [X] No

**A. Describe exact purpose of summons and relevance of summoned information to periods under investigation**
The purpose of the summons is to secure the taxpayer's financial information and determine the ability to pay.

**B. Reason for not complying, if known**
The power of attorney advised RO Persaud that the taxpayer has the flu and cannot appear.

**C. Other information** *(include synopsis of attempts to obtain information before summons was issued, if summoned person is the taxpayer)*
RO Persaud has attempted to secure the Collection Information Statement, along with the supporting documents, since April 2023. On 4/28/2023, RO Persaud appeared at the taxpayer's address on 4/28/2023 at which time RO was unable to secure the collection information statement and the supporting documents. Mr. Garczynski provided RO Persaud with a folder containing Maryland Land Records for the property, the SDAT search, and an amortization schedule. RO Persaud re-requested Form 433-A with the supporting documents by 5/30/2023. RO Persaud did not receive the documents and began levy action, which generated no funds. On 8/23/2023, RO Persaud placed a phone call to Mr. Garczynski and asked why the documents have not been received. Mr. Garczynski stated that the taxpayer has not provided him with the necessary documents to prepare Form 433-A. On 11/15/2023, RO Persaud, along with GM Blake, issued Form 6637 to the address of record and made contact with Benjamin Opdyke who stated that he will deliver the package to the taxpayer. On 12/12/2023, the taxpayer did not appear for the meeting. RO Persaud issued Letter 725 for the taxpayer to appear on 1/27/2025. On 1/2/2025, RO Persaud received a fax from Mr. Garczynski requesting that the meeting be rescheduled. RO Persaud advised Mr. Garczynski that the meeting cannot be rescheduled. On 1/27/2025, the taxpayer did not appear for the meeting. RO Persaud, along with AGM Hill, then issued Form 6637 at the address of record, however, RO Persaud was unable to make contact and left the sealed package containing the summons wedged in the front door. RO Persaud received a fax from Mr. Garczynski dated 2/26/2025 stating that the taxpayer's mother received the summons and gave it to the taxpayer, however, the taxpayer cannot appear because she has the flu. RO Persaud has not received further information.

| Referring Officer's name | Telephone number | Office location | Office symbols | Referring Officer's signature | Date referred |
|---|---|---|---|---|---|
| INDIRA PERSAUD | 443-853-5132 | BALTIMORE, MD | CTCO:S:C:FC:CEN:BALT:G16 | | 03/13/2025 |

| Issuing Officer's name | | | | | Date issued |
|---|---|---|---|---|---|
| | | | | | |

| Approved by *(signature and title)* *(if required)* | Date approved | Reviewed by *(signature and title)* | Date reviewed |
|---|---|---|---|
| | | | |

Form **4443** (Rev. 7-2023)    Catalog Number 41659B    publish.no.irs.gov    Department of the Treasury - **Internal Revenue Service**
**Part 4 - Associate Area Counsel**